**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARYKATE BURNS | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No.: 1:25-cv-11606 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED AIRLINES, INC. | ) | |
| | ) | |
| *Defendant*. | ) | |

**<u>PARTIES' NEW CASE JOINT RULE 26(f) STATUS REPORT</u>**

Plaintiff, MARYKATE BURNS ("Plaintiff"), and Defendant, UNITED AIRLINES, INC. ("Defendant") (collectively "the Parties"), through their respective undersigned counsel, participated in the meeting required by Fed. R. Civ. P. 26(f) on November 21, 2025 and hereby submit the following as their New Case Joint Rule 26(f) Status Report:

1. **The Nature of the Case:**

➢ **Identify the attorneys of record for each party, including the lead trial attorney**

Plaintiff, Marykate Burns ("Plaintiff"), is represented by Antonio Romanucci, Daisy Ayllon, Sarah Raish, and Patrick Driscoll of Romanucci and Blandin; Michael A. Kahn of Law Offices of Michael Kahn; and Jeffrey Nadrich of Nadrich Accident Injury Lawyers. Daisy Ayllon is the lead trial attorney.

Defendant, United Airlines, Inc. ("Defendant"), is represented by Michael G. McQuillen, Paula Wegman, and Kristin Hoffman. Paula Wegman is the lead trial attorney.

➢ **Describe the nature of the claims asserted in the complaint and any counterclaims**

Plaintiff was traveling on United Flight 1759 from Keāhole, Kalaoa, Hawaii to Denver, Colorado on November 2 – 3, 2024. Plaintiff alleges that a male passenger was intoxicated and sexually assaulted Plaintiff during the subject flight. Plaintiff alleges she was injured as a result of the incident and seeks compensatory damages.

Plaintiff alleges claims of negligence, intentional infliction of emotional distress, and fraudulent concealment against United. United denies all material allegations of liability against it. United has asserted numerous affirmative defenses.

No counterclaims have been filed.

- **Briefly state the major legal and factual issues in the case**

  - Whether United complied with its duty of care;
  - Whether United was negligent;
  - Whether United engaged in alleged fraudulent concealment;
  - Whether United's alleged acts or inactions resulted in intentional infliction of emotional distress;
  - Whether United's alleged acts or inactions caused or contributed to Plaintiff's alleged injuries;
  - Whether a third-party's or non-party's alleged acts or inactions caused or contributed to Plaintiff's alleged injuries; and
  - The nature and extent of Plaintiff's alleged injuries and damages.

- **Describe the relief sought by the plaintiff(s)**

  Plaintiff seeks compensatory damages related to each count. She seeks past, present, and future damages in an amount to be determined by the jury.

- **Describe the general status of the case**

  The Parties filed their initial pleadings and held their Rule 26(f) conference. The Parties will serve initial disclosures and initial written discovery soon and will continue proceeding with fact discovery.

**2. Pending Motions:**

- **Identify all pending motions**

  There are no pending motions.

- **Indicate any previously set deadlines**

  There are no previously set deadlines. The Parties will appear for the in-person, initial status hearing on December 1, 2025 at 10:00 A.M.

3. **Proposed Discovery Schedule:**

➢ **Describe the general type of discovery required**

Discovery will be needed on the following subjects: (1) the facts of the incident alleged in Plaintiff's Complaint and Defendant's Answer and Affirmative Defenses; and (2) Plaintiff's claimed liability theories and injuries and damages and Defendant's defenses thereto.

➢ **Provide a proposed schedule, including dates, for all discovery and motions to join other parties and amend the pleadings**

- Disclosures pursuant to FRCP 26(a)(1): December 15, 2025
- Motions to Join Other Parties and Amend Pleadings: February 17, 2026
- Fact discovery to be commenced in time to be completed by: November 24, 2026
- Plaintiff's initial expert identification/reports pursuant to FRCP 26(a)(2): January 8, 2027
- Plaintiff's initial expert witness depositions: February 22, 2027
- Defendant's initial expert identification/reports pursuant to FRCP 26(a)(2): April 8, 2027
- Defendant's initial expert depositions: May 24, 2027
- Completion of defense medical examination if needed, and pursuant to an agreed protocol and protective order: June 7, 2027
- Plaintiff's rebuttal expert identification/reports: June 24, 2027
- Plaintiff's rebuttal expert depositions: July 26, 2027
- Defendant's rebuttal expert identification/reports: August 26, 2027
- Defendant's rebuttal expert depositions: September 27, 2027
- All expert discovery to be completed by: September 27, 2027
- Dispositive motions: November 29, 2027

4. **Trial:**

   - **Indicate whether a jury trial is requested**

     Yes, a jury trial is requested

   - **The probable length of trial**

     10-14 days

5. **Status of Settlement Discussions:**

   - **Indicate the status of any settlement discussions**

     The Parties have not yet engaged in settlement discussions.

   - **Whether the parties request a settlement conference**

     The parties do not request a settlement conference at this time, but are open to revisiting at a later date.

   - **Whether the parties are interested in pursuing arbitration or mediation**

     The parties are not interested in arbitration or mediation at this time, but are open to revisiting at a later date.

6. **Consent to Proceed Before the Magistrate Judge:**

   - **The parties are reminded that they may consent to proceed before a Magistrate Judge for all purposes pursuant to Federal Rule of Civil Procedure 73**

     The Parties decline to proceed before a Magistrate Judge.

Date: November 24, 2025

Respectfully submitted,

*/s/ Daisy Ayllon*

Antonio Romanucci
Daisy Ayllon
Sarah M. Raisch
Patrick J. Driscoll
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Phone: (312) 253-8618

*/s/ Paula L. Wegman*

Michael G. McQuillen
Paula L. Wegman
Kristin A. Hoffman
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Phone: (312) 704-3000

Fax: (312) 458-1004
Email: aromanucci@rblaw.net
dayllon@rblaw.net
sraisch@rblaw.net
pdriscoll@rblaw.net

Michael A. Kahn (PHV Pending)
LAW OFFICES OF MICHAEL A. KAHN
10990 Wilshire Blvd., Suite 1040
Los Angeles, CA 90024
Phone: (310) 209-1600

Jeffrey Nadrich (PHV Pending)
NADRICH ACCIDENT INJURY LAWYERS
10990 Wilshire Blvd., Suite 1050
Los Angeles, CA 90024
Phone: (310) 826-8082

***Counsel for Plaintiff***

Fax: (312) 704-3001
E-mail: mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
khoffman@hinshawlaw.com

***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I caused the foregoing to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will notify the registered attorneys of record.

*/s/ Kristin A. Hoffman*