**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Marykate Burns
Plaintiff,
v.
United Airlines, Inc.
Defendant.

Case No.: 1:25−cv−11606
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to conduct a settlement conference. The fact discovery deadline was previously set to 11/24/26. The remaining schedule is entered as follows: Rule 26(a)(1) disclosures to be made by 12/15/25; any amendments to pleadings or actions to join other parties shall be filed by 2/17/26; and all written discovery shall be issued no later than 10/9/26. An expert discovery schedule will be set at a later date if necessary. The parties are expected to proceed expeditiously to complete discovery by the deadline. There will be no extensions absent good cause under Fed. R. Civ. P. 16(b)(4), which requires diligence on the movant';s part. See Alioto v. Town of Lisbon, 651 F.3d 715, 720 (7th Cir. 2011). The Court generally does not consider obligations in other cases, vacations, holidays, illnesses, or difficulty scheduling depositions to demonstrate good cause, as there is more than enough time to complete discovery even if those expected complications arise. No later than 3/6/26, the parties must file a joint status report describing discovery progress and the prospects of settlement. If they wish to begin the process of scheduling a settlement conference at any time prior to that date, they should notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.