**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARYKATE BURNS<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED AIRLINES, INC. and VIKTOR BATISCHEW,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:25-cv-11606<br><br>Honorable Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

**UNITED AIRLINES, INC.'S NOTICE OF MOTION PRESENTMENT**

To: All Attorneys of Record

**PLEASE TAKE NOTICE** that on **March 18, 2026** at **10:00 A.M.**, or as soon thereafter as counsel may be heard, Defendant, United Airlines, Inc., shall appear before The Honorable Judge Sharon Johnson Coleman, or any judge sitting in her stead, in Courtroom 1241, of the U.S. District Court of the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall present **United Airlines, Inc.'s Uncontested Motion for Extension of Time to File its Responsive Pleading to Plaintiff's First Amended Complaint**, a copy of which is attached hereto and served upon you herewith.

Date: March 10, 2026

Respectfully submitted,

UNITED AIRLINES, INC.

*/s/ Kristin A. Hoffman*

One of its Attorneys

Michael G. McQuillen (#6188166)
Paula L. Wegman (#6239491)
Kristin A. Hoffman (#6320789)
HINSHAW & CULBERTSON LLP

151 N. Franklin St., Suite 2500
Chicago, IL 60606
Tel: 312-704-3000
Fax: 312-704-3001
Email: mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
khoffman@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on March 10, 2026, that the foregoing was filed with the Clerk of Court using the CM/ECF system, which served all counsel of record listed below via electronic delivery.

**Counsel for Plaintiff**


Antonio Romanucci
Daisy Ayllon
Sarah M. Raisch
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 253-8618
Fax: (312) 458-1004
aromanucci@rblaw.net
dayllon@rblaw.net
sraisch@rblaw.net


*/s/ Kristin A. Hoffman*