**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARYKATE BURNS<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED AIRLINES, INC. and VIKTOR BATISCHEW,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:25-cv-11606 |

**UNOPPOSED MOTION TO EXTEND UNITED AIRLINES, INC.'S DEADLINE TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, UNITED AIRLINES, INC. ("United"), by its attorneys, HINSHAW & CULBERTSON LLP, hereby respectfully moves this Court for a 21-day extension of time to file its reply in support of its Motion to Dismiss Count III of Plaintiff's First Amended Complaint Pursuant to Rule 9(b) and 12(b)(6) (ECF 26). In support of this Motion, United states as follows:

1. United filed its Motion to Dismiss Count III of Plaintiff's First Amended Complaint on March 24, 2026 (ECF 26).

2. Plaintiff filed her Response in Opposition to United's Motion to Dismiss ("Plaintiff's Opposition") on May 22, 2026 (ECF 37), and pursuant to the current schedule, United's reply is due on June 5, 2026 (ECF 36).

3. United requires additional time to further evaluate Plaintiff's Opposition before preparing its reply brief, which United raised in the parties' further joint status report (ECF 38).

4. Accordingly, United respectfully requests a brief extension, up to and including June 26, 2026, to file its reply in support of its Motion to Dismiss.

5. This request is made in good faith and not for purposes of delay, but to ensure that United can adequately respond to the issues raised in Plaintiff's Opposition.

6. No party will be unduly prejudiced by this requested extension, and this Motion is unopposed.

WHEREFORE, Defendant, UNITED AIRLINES, INC., respectfully requests that this Court grant this Motion and extend the deadline for Defendant United Airlines, Inc.'s Reply in Support of its Motion to Dismiss to June 26, 2026, or for such other relief as this Court deems just and proper.

Dated: June 2, 2026

Respectfully submitted,

UNITED AIRLINES, INC.

By: */s/ Kristin A. Hoffman*

One of its Attorneys

Michael G. McQuillen
Paula L. Wegman
Kristin A. Hoffman
Stephen A. Hench
HINSHAW & CULBERTSON LLP
151 N. Franklin St., Suite 2500
Chicago, IL 60606
Tel: 312-704-3000
Fax: 312-704-3001
Email: mmcquillen@hinshawlaw.com
pwegman@hinshawlaw.com
khoffman@hinshawlaw.com
shench@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on June 2, 2026, that the foregoing was filed with the Clerk of Court using the CM/ECF system, which served all counsel of record listed below via electronic delivery.

**Counsel for Plaintiff**

Antonio Romanucci
Daisy Ayllon
Sarah M. Raisch
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 253-8618
Fax: (312) 458-1004
aromanucci@rblaw.net
dayllon@rblaw.net
sraisch@rblaw.net

**Counsel for Co-Defendant**

Isiah LeGendre, Esq.
Bukh Law PA
1123 Avenue Z,
Brooklyn, NY 11235
(347)775-2268
ilegendre@ymail.com

*/s/ Kristin A. Hoffman*