**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARYKATE BURNS<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED AIRLINES, INC. and<br>VIKTOR BATISCHEW<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:25-cv-11606<br><br>Honorable Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

**FURTHER JOINT STATUS REPORT**

Plaintiff, MARYKATE BURNS ("Plaintiff"), Defendant, UNITED AIRLINES, INC. ("United"), and Defendant, VIKTOR BATISCHEW ("Batischew"), (collectively "the Parties"), through their respective undersigned counsel, hereby submit the following as their Further Joint Status Report pursuant to the Court's Notification of Docket Entry, ECF 39:

**A. Pleadings**

1. On June 26, 2026, United filed its reply in support of its Motion to Dismiss Count III of Plaintiff's First Amended Complaint pursuant to Rule 9(b) and 12(b)(6) (ECF No. 43). On July 24, 2026, United filed an Unopposed Motion for Leave to File Supplemental Authority relating to its Motion to Dismiss (ECF 44). Otherwise, United's motion is fully briefed and under the Court's advisement for ruling (ECF No. 36).

**B. Discovery**

2. On June 25, 2026, Plaintiff served her First Supplemental Answers to United's Interrogatories, and her First Supplemental Responses to United's Requests for Production. On July 17, 2026, Plaintiff made a supplemental production and provided additional authorizations for certain medical records.

3. United and Plaintiff are still conferring on Plaintiff's responses to United's initial set of

discovery, as well as United's responses to Plaintiff's discovery requests. The parties will be submitting a protective order to facilitate the exchange of confidential information, including certain information requested of United through Plaintiff's discovery requests.

4. United anticipates issuing additional third-party subpoenas, including for certain of Plaintiff's medical and damages-related records.

5. The parties anticipate additional written discovery with Batischew.

6. Upon completion of written discovery, depositions of parties and fact witnesses will proceed.

**C. Settlement Negotiations**

7. The Parties have not engaged in settlement discussions.

Date: July 24, 2026

Respectfully submitted,


*/s/ Sarah Raisch*

Daisy Ayllon
Sarah Raisch
Antonio Romanucci
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
(312) 253-8802
dayllon@rblaw.net
sraisch@rblaw.net
aromanucci@rblaw.net
***Counsel for Plaintiff***

*/s/ Kristin A. Hoffman*

Paula L. Wegman
Kristin A. Hoffman
Stephen A. Hench
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
(312) 704-3000
pwegman@hinshawlaw.com
khoffman@hinshawlaw.com
shench@hinshawlaw.com
***Counsel for Defendant, United Airlines, Inc.***

*/s/ Isiah LeGendre*

Isiah LeGendre, Esq. (*Pro hac vice*)
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
(315) 278-0844
ilegendre@ymail.com
***Counsel for Defendant, Viktor Batischew***

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I caused the foregoing to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will notify the registered attorneys of record.

**Counsel for Plaintiff**

Daisy Ayllon
Sarah Raisch
Antonio Romanucci
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
(312) 253-8802
dayllon@rblaw.net
sraisch@rblaw.net
aromanucci@rblaw.net

**Counsel for Defendant, Viktor Batischew**

Isiah LeGendre, Esq. (*Pro hac vice*)
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
(315) 278-0844
ilegendre@ymail.com

*/s/ Kristin A. Hoffman*